**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Enyil Raul MORADEL–RUIZ,
Defendant–Appellant.**

**No. 11–40038
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 16, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Enyil Raul Moradel–Ruiz presents arguments that he concedes are foreclosed by *United States v. Izaguirre–Flores,* 405 F.3d 270, 277–78 (5th Cir.2005), which held that the North Carolina offense of taking indecent liberties with a child constituted "sexual abuse of a minor" and thus is a crime of violence for purposes of the 16-level enhancement under U.S. Sentencing Guidelines Manual § 2L1.2(b)(1)(A)(ii). The appellant's motion for summary dispo-

---

sition is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under